FILED

04/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0667

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 22-0667**

_____

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

Defendant and Appellant,

v.

MONTANA DEMOCRATIC PARTY and MITCH BOHN, WESTERN NATIVE VOICE et al., MONTANA YOUTH ACTION et al.,

Plaintiffs and Appellees.

_____

**ORDER**

_____


The unopposed Motion of Jonathan P. Hawley to withdraw as counsel for Appellees Montana Democratic Party and Mitch Boehn having been considered by the Court and good cause appearing therefore.

ITI IS ORDERED that the Motion is granted, and Jonathan P. Hawley is allowed to withdraw as one of the counsel of record in the captioned case.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 2 2024